No. 67892.—C. Itoh & Co. (America), Inc., et al. *v.* United States, protests 62/7368, etc. (Los Angeles).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of testers and other meters similar in all material respects

to those the subject of *United States* v. *G. L. Electronics, Inc., Arrow Sales, Inc.* (49 CCPA 111, C.A.D. 804), the claim of the plaintiffs was sustained.